UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| YAN SUI, PEI-YU YANG, | Case No. SACV 11-01340 JAK (AJW) |
| Plaintiffs, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| 2176 PACIFIC HOMEOWNERS ASS'N, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: October 16, 2012

_____
JOHN A. KRONSTADT
United States District Judge