**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **YAN SUI, PEI-YU YANG,** | ) |
|        **Plaintiffs,** | )    No. SACV 11-01340 JAK (AJW) |
|        v. | )    **J U D G M E N T** |
| **2176 PACIFIC HOMEOWNERS ASS'N, et al.,** | ) |
|        **Defendants.** | ) |

**IT IS ADJUDGED** that plaintiffs' state law claims under California Consumer Credit Reporting Agencies Act, Cal. Civ. Code §§ 1785 et seq., are dismissed without prejudice, and plaintiffs' federal claims are dismissed with prejudice.

DATED: October 16, 2012

                                         JOHN A. KRONSTADT
                                         United States District Judge