# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **YAN SUI, PEI-YU YANG,** ) | Case No. SACV 11-1340 JAK (AJW) |
| ) | |
| **Plaintiffs,** ) | |
| ) | **ORDER ACCEPTING REPORT** |
| v. ) | **AND RECOMMENDATION OF** |
| ) | **MAGISTRATE JUDGE** |
| **2176 PACIFIC HOMEOWNERS** ) | |
| **ASS'N, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and plaintiffs' objections to the Report. [See Docket Nos. 112-114]. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: April 10, 2015

_____
JOHN A. KRONSTADT
United States District Judge